**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Polin Mahboubian,<br><br>Plaintiff(s),<br><br>vs.<br><br>Sensa Products LLC,<br><br>Defendant(s). | Case No.: C-11-5516-YGR<br>(related to C-11-1650-YGR)<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on February 27, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 6/25/12 at 2:00 p.m. |
| REFERRED for Private Mediation to occur by | 6/15/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 7/17/12 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: 7/31/12 |
| | Rebuttal: 8/31/12 |
| EXPERT DISCOVERY CUTOFF: | 10/28/12 |
| DISPOSITIVE MOTIONS[1] to be heard by: | 2/19/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 3/29/13 |
| PRETRIAL CONFERENCE: | Friday, 4/12/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 5/6/2013 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 2 weeks |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**